Kathryn Tassinari
Brent Wells
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANA JAMES,<br><br>    Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>    Defendant. | Civil No. 04-6270-HU<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES AND LEGAL ASSISTANT FEES PURSUANT TO EAJA |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding attorney's fees in the amount of $2,518.50 and legal assistant fees in the amount of $1,120.00.

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $3,638.50 as full settlement of any and all claims for attorney and legal assistant fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 20th day of September, 2005.

_____
U.S. District Court Judge

PRESENTED BY:

By: /s/ Kathy Tassinari
Kathryn Tassinari
OSB #80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES PURSUANT TO EAJA